```
                              United States Bankruptcy Court
                              Western District of Washington
In re:                                                            Case No. 11-16147-TWD
Orlando J Salinas                                                 Chapter 7
Shannon M Salinas
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0981-2           User: admin              Page 1 of 3              Date Rcvd: Aug 31, 2011
                               Form ID: b18             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2011.
db/jdb        +Orlando J Salinas,   Shannon M Salinas,   12027 Greenwood Ave N,   Seattle, WA 98133-8129
953238449      Chase Home Finance,   PO Box 183166,   Columbus, OH 43218-3166
953238454      JP Morgan Chase Bank,   PO Box 183164,   Columbus, OH 43218-3164
953238455     +Juniper Business Card Services,   PO Box 23066,   Columbus, GA 31902-3066
953238460      Suttel & Hammer, P.S.,   PO Box C-90006,   Bellevue, WA 98009
953238461    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,   PO Box 108,   Saint Louis, MO 63166)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: WADEPREV.COM Sep 01 2011 06:02:00      State of Washington,   Department of Revenue,
               2101 4th Ave, Ste 1400,   Seattle, WA 98121-2300
sr             EDI: RECOVERYCORP.COM Sep 01 2011 06:04:00      Capital Recovery IV LLC,
               Recovery Management Systems Corporation,   c/o Ramesh Singh,   25 SE 2nd Ave #1120,
               Miami, FL  33131-1605
953238444      EDI: MERRICKBANK.COM Sep 01 2011 06:02:00      Advanta Bank,   PO Box 844,
               Spring House, PA 18477
953238445     +EDI: BANKAMER2.COM Sep 01 2011 05:56:00      Bank of America,   PO BOX 17054,
               Wilmington, DE 19850-7054
953238446     +EDI: CAPITALONE.COM Sep 01 2011 05:58:00      Capitol One,   PO Box 30281,
               Salt Lake City, UT 84130-0281
953238447      EDI: CAPITALONE.COM Sep 01 2011 05:58:00      Capitol One,   PO Box 30285,
               Salt Lake City, UT 84130-0285
953238448     +EDI: CHASE.COM Sep 01 2011 05:55:00      Chase Bank,   PO Box 15298,   Wilmington, DE 19850-5298
953238450     +E-mail/Text: BKNOTICES@EAFLLC.COM Sep 01 2011 02:58:20      Equable Ascent Financial,
               1120 W Lake Cook Rd. Ste. A427,   Buffalo Grove, IL 60089-1970
953238451     +EDI: HFC.COM Sep 01 2011 05:59:00      HSBC,   90 Christiana Road,   New Castle, DE 19720-3118
953238452     +EDI: HFC.COM Sep 01 2011 05:59:00      HSBC,   PO Box 5253,   Carol Stream, IL 60197-5253
953238453      EDI: IRS.COM Sep 01 2011 05:59:00      Internal Revenue Service,   PO BOX 7346,
               PHILADELPHIA, PA 19101-7346
953238456     +EDI: MID8.COM Sep 01 2011 05:44:00      Midland Credit Management,   8875 Aero Dr.,
               San Diego, CA 92123-2255
953238457      EDI: PRA.COM Sep 01 2011 05:59:00      Portfolio Recovery Associates,
               120 Corporate Blvd. Ste 100,   Norfolk, VA 23502
953238458     +EDI: CITICORP.COM Sep 01 2011 05:58:00      Prism/Citibank,   PO Box 6497,
               Sioux Falls, SD 57117-6497
953322859      EDI: RECOVERYCORP.COM Sep 01 2011 06:04:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
953238461      EDI: USBANKARS.COM Sep 01 2011 06:00:00      US Bank,   PO Box 108,   Saint Louis, MO 63166
953238462     +EDI: WFFC.COM Sep 01 2011 05:45:00      WELLS FARGO,   ONE HOME CAMPUS BANKRUPTCY DEPARTMENT,
               DES MOINES, IA 50328-0001
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
953238459      Rental Lease Agreement
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2011**            **Signature:**      *Joseph Speetjens*

```
District/off: 0981-2           User: admin              Page 3 of 3              Date Rcvd: Aug 31, 2011
                               Form ID: b18             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2011 at the address(es) listed below:
          Christina Latta Henry    on behalf of Debtor Orlando Salinas chenry@seattledebtlaw.com,
           ign@seattledebtlaw.com;awong@seattledebtlaw.com;jharris@seattledebtlaw.com
          James Rigby    rigbylaw@aol.com,   jr@trustesolutions.com
          United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                                 TOTAL: 3

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No. <u>**11−16147−TWD**</u>

**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Orlando J Salinas
aka Orlando Javier Salinas, aka Orlando J Salinas Mina, dba Metropolitan Contractors Corporation
12027 Greenwood Ave N
Seattle, WA 98133

Shannon M Salinas
aka Shannon Michelle Salinas, aka Shannon Michelle Mains Salinas
12027 Greenwood Ave N
Seattle, WA 98133

Social Security/Individual Taxpayer ID No.:
xxx−xx−7423

xxx−xx−4900

Employer Tax ID/Other nos.:

## DISCHARGE OF DEBTOR

The Debtor(s) filed a Chapter 7 case on **<u>May 24, 2011.</u>** It appearing that the Debtor is entitled to a discharge,

**IT IS ORDERED:**

The Debtor is granted a discharge under 11 U.S.C. § 727.

BY THE COURT

Dated: <u>August 31, 2011</u>

<u>Timothy W Dore</u>
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**